IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:11-CR-56-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| GREGORY ELLIOT SNODGRASS | ) | |
| | ) | |
| Defendant. | ) | |

On April 2, 2012, this court sentenced Gregory Elliot Snodgrass ("Snodgrass") to 126 months' imprisonment for possession with the intent to distribute a quantity of cocaine base (crack), in violation of 21 U.S.C. § 841(a)(1). See [D.E. 1, 33, 47, 49, 60]. Snodgrass appealed [D.E. 51]. On February 11, 2013, the United States Court of Appeals for the Fourth Circuit affirmed Snodgrass's conviction and sentence. United States v. Snodgrass, 509 F. App'x 244, 245 (4th Cir. 2013) (per curiam) (unpublished).

On April 22, 2013, Snodgrass filed a pro se motion for a reduction of his sentence under 18 U.S.C. § 3582(c) and Amendments 750 and 759 of the United States Sentencing Guidelines [D.E. 65]. At Snodgrass's sentencing hearing, this court used the guidelines referenced in Amendments 750 and 759. See PSR [D.E. 44] ¶¶ 9, 41; [D.E. 60] 42. Thus, Snodgrass's motion for relief under section 3582(c) and Amendments 750 and 759 lacks merit and is DENIED. See, e.g., United States v. Munn, 595 F.3d 183, 187 (4th Cir. 2010).

SO ORDERED. This 12 day of November 2013.

JAMES C. DEVER III
Chief United States District Judge